NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER (Cal. Bar No. 302083)
Assistant United States Attorney
Chief, Financial Litigation Section
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-5707
    Facsimile: (213) 894-7819
    E-mail: Brendan.Mockler@usdoj.gov

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:19-mc-00023-DOC-KES |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT** |
| ERNESTO ROJAS, | |
| Defendant. | |

    The United States and defendant Ernesto Rojas ("defendant") hereby stipulate and agree to the following terms:

    1.    Judgment is hereby entered in favor of the United States and against Ernesto Rojas in the sum of $108,454.00.

1

2. The only exemptions applicable to enforcement of this judgment are those referenced in 18 U.S.C. § 3613(a). The exemptions referenced in 28 U.S.C. § 3014 shall not apply.

3. The provisions of 15 U.S.C. § 1673 shall apply.

4. The stay provided under Rule 62(a) of the Federal Rules of Civil Procedure is waived.

IT IS SO ORDERED.

Date: December 4, 2019

_____
DAVID O. CARTER
United States District Judge